UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDRICK THOMAS, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JASON CANNON, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C15-5346 BJR<br><br>ORDER GRANTING MOTION TO FILE OVER-LENGTH BRIEFS |

The Court, having received and reviewed Defendants' Motion to File Overlength Motion for Summary Judgment (Dkt. No. 54), makes the following ruling:

IT IS ORDERED that the motion is GRANTED; the parties will be permitted to file opening and responsive briefs up to 55 pages in length, and Defendants will be permitted an additional five (5) pages in their reply brief.

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated January 24, 2017.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING MOTION TO FILE OVER-LENGTH BRIEFS - 2