# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

FREDRICK and ANNALESA THOMAS; and
JO-HANNA READ, as Guardian ad Litem of
E.T., a minor,

        Plaintiffs,

        v.

JASON CANNON; BRIAN MARKERT;
RYAN MICENKO; MICHAEL WILEY;
MICHAEL ZARO; CITY OF FIFE; CITY OF
LAKEWOOD; and PIERCE COUNTY
METRO SWAT TEAM,

        Defendants.

_____

FREDRICK THOMAS and ANNALESA
THOMAS, as Co-Administrators of the Estate
of Leonard Thomas, and its statutory
beneficiaries,

        Plaintiffs,

        v.

BRIAN MARKERT; MICHAEL WILEY;
NATHAN VANCE; MICHAEL ZARO;
SCOTT GREEN; JEFF RACKLEY; CITY OF
FIFE; CITY OF LAKEWOOD; PIERCE
COUNTY METRO SWAT TEAM; and JOHN
DOES 1 through 10,

        Defendants.

Nos. 3:15-05346 BJR
     3:16-cv-05392
CONSOLIDATED CASES

ORDER ON DEPOSITION
DESIGNATIONS AND
OBJECTIONS

1

Having reviewed the parties' deposition designations and objections, the Court hereby rules on the objections as follows:

| Defense Objections to Plaintiffs' Deposition Designations | | | |
|---|---|---|---|
| **Deposition** | **Page #** | **Objection on Page** | **Ruling** |
| Michael Wiley | 15 | Only | **Sustained** |
| Michael Wiley | 44 | First | **Sustained** |
| Michael Wiley | 44 | Second | **Sustained** |
| Michael Wiley | 74 | Only | **Sustained** |
| Michael Wiley | 80 | Only | **Overruled** |
| Michael Wiley | 85 | First | **Sustained** |
| Michael Wiley | 85 | Second | **Sustained** |
| Michael Wiley | 85 | Third | **Overruled** |
| Michael Wiley | 91 | Only | **Sustained** |
| Michael Wiley | 144 | Only | **Overruled** |
| Michael Wiley | 148 | Only | **Overruled** |
| Michael Zaro Vol. I | 11 | First | **Overruled** |
| Michael Zaro Vol. I | 11 | Second | **Overruled** |
| Michael Zaro Vol. I | 11 | Third | **Overruled** |
| Michael Zaro Vol. I | 25 | First | **Overruled** |
| Michael Zaro Vol. I | 25 | Second | **Overruled** |
| Michael Zaro Vol. I | 26 | Only | **Overruled** |
| Michael Zaro Vol. I | 27 | First | **Overruled** |
| Michael Zaro Vol. I | 27 | Second | **Overruled** |
| Michael Zaro Vol. I | 27 | Third | **Overruled** |
| Michael Zaro Vol. I | 98 | First | **Overruled** |
| Michael Zaro Vol. I | 98 | Second | **Overruled** |
| Michael Zaro Vol. I | 98 | Third | **Overruled** |
| Michael Zaro Vol. I | 103 | Second | **Overruled** |
| Michael Zaro Vol. I | 113 | Only | **Overruled** |
| Michael Zaro Vol. I | 118 | Second | **Overruled** |
| Michael Zaro Vol. II | 13 | Only | **Overruled** |
| Michael Zaro Vol. II | 50 | Only | **Overruled** |
| Michael Zaro Vol. II | 56 | Only | **Overruled** |
| Michael Zaro Vol. II | 76 | First | **Overruled** |
| Michael Zaro Vol. II | 76 | Second | **Overruled** |
| Michael Zaro Vol. II | 76 | Third | **Overruled** |
| Michael Zaro Vol. II | 77 | Only | **Overruled** |
| Brian Brill | 7 | Only | **Sustained** |
| Brian Brill | 13 | Only | **Sustained** |

| | | | |
|---|---|---|---|
| Brian Brill | 38 | Only | **Sustained** |
| Brian Brill | 39 | Only | **Sustained** |
| Brian Brill | 45 | Only | **Sustained** |
| Brian Brill | 46 | Only | **Sustained** |
| Jason Cannon | 10 | Only | **Overruled** |
| Jason Cannon | 69 | Only | **Overruled** |
| Brian Markert | 169 | Only | **Sustained** |
| Brian Markert | 186 | Only | **Overruled** |
| Brian Markert | 193 | First | **Overruled** |
| Brian Markert | 193 | Second | **Overruled** |
| Brian Markert | 194 | Only | **Overruled** |
| Brian Markert | 246 | First | **Sustained** |
| Brian Markert | 246 | Second | **Sustained** |
| Phillip Wageman | 36 | First | **Sustained** |
| Phillip Wageman | 36 | Second | **Sustained** |
| Phillip Wageman | 37 | First | **Sustained** |
| Phillip Wageman | 37 | Second | **Sustained** |

| **Plaintiffs' Objections to Defendants' Deposition Designations** | | | |
|---|---|---|---|
| **Deposition** | **Page #** | **Objection on Page** | **Ruling** |
| Ryan Micenko | 16 | Only | **Overruled** |
| Brian Markert | 87 | Only | **Overruled** |
| Jason Cannon | 22 | Only | **Overruled** |
| Michael Zaro | 91 | Only | **Overruled** |
| Michael Wiley | 116 | Only | **Sustained** |
| Annalesa Thomas | 115 | First | **Sustained** |
| Annalesa Thomas | 115 | Second | **Sustained** |

**SO ORDERED.**

Dated this 9th day of June, 2017.

Barbara Jacobs Rothstein
U.S. District Court Judge