# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| THOMAS, *et al.,* | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | CASE NUMBER: 3:15-cv-5346-BJR |
| CANNON, *et al.* | |
| Defendants. | |

__X__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Based on the Jury's responses on the verdict form (Dkt. No. 237), the Court enters judgment as follows: (1) in favor of Plaintiff E.T. in the amount of $4,000,000.00; (2) in favor of Plaintiff the Estate of Leonard Thomas in the amount of $1,885,000.00; (3) in favor of Plaintiff Annalesa Thomas in the amount of $1,375,000.00; and (4) in favor of Plaintiff Fredrick Thomas in the amount of $1,375,000.00. In addition, the following punitive damages are assessed against: (1) Defendant Michael Zaro in the amount of $3,000,000.00; (2) Defendant Michael Wiley in the amount of $1,500,000.00; and (3) Defendant Brian Markert in the amount of $2,000,000.00.

Dated 18th day of July, 2017.

William M. McCool
Clerk of Court

s/Rhonda Stiles
Deputy Clerk