Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FREDRICK and ANNALESA THOMAS; and JO-HANNA READ, as Guardian ad Litem of E.T., a minor,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JASON CANNON; BRIAN MARKERT; RYAN MICENKO; MICHAEL WILEY; MICHAEL ZARO; CITY OF FIFE; CITY OF LAKEWOOD; and PIERCE COUNTY METRO SWAT TEAM,<br><br>　　　　　　Defendants. | Nos. 3:15-05346 BJR<br>　　　3:16-cv-05392<br>CONSOLIDATED CASES<br><br>DECLARATION OF JANET DIAZ IN SUPPORT OF PLAINTIFFS' PETITION FOR REASONABLE ATTORNEYS' FEES AND COSTS |
| FREDRICK THOMAS and ANNALESA THOMAS, as Co-Administrators of the Estate of Leonard Thomas, and its statutory beneficiaries,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BRIAN MARKERT; MICHAEL WILEY; NATHAN VANCE; MICHAEL ZARO; SCOTT GREEN; JEFF RACKLEY; CITY OF FIFE; CITY OF LAKEWOOD; PIERCE COUNTY METRO SWAT TEAM; and JOHN DOES 1 through 10,<br><br>　　　　　　Defendants. | |

DECLARATION OF JANET DIAZ RE:
MOTION FOR FEES AND COSTS - 1

No. 3:15-05346 / 3:16-cv-05392
10633.1 kg251401

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

I, Janet Diaz, declare as follows:

1. I am over the age of 18 and am competent to testify.

2. I am the Director of Administration at MacDonald Hoague & Bayless ("MHB"), and have held that position since October, 2016. Previously, I was the Office Administrator at the Houston, Texas office of Baker Botts, a global AMLAW 50 law firm. Before that I served as Chief of Staff to the Hon. Ted Poe, Congressman from Texas and spent over 20 years with the Houston Bar Association. I am a long-time active member of the Association of Legal Administrators and have served as a Peer Assistance Review Consultant for the American Bar Association.

3. On July 31, 2017, I was asked by Tim Ford, a Director at MHB, to gather details regarding fee rates for lawyers in comparable firms in the Seattle, Washington area. I obtained the following information in THE AMERICAN LAWYER, an often used source by legal administrators.

Seattle

| City | 2011 Rate | 2012 Rate | % | 2013 Rate | % | 2014 Rate | % | 2015 Rate | % | 2016 Rate | % | 2017e Rate | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AMLAW (101-200) | | | | | | | | | | | | | |
| Senior Partner | $513 | $565 | 10% | $588 | 4% | $610 | 4% | $628 | 3% | $641 | 2% | $692 | 8% |
| Partner | $359 | $374 | 4% | $390 | 4% | $405 | 4% | $417 | 3% | $425 | 2% | $457 | 8% |
| Counsel | $350 | $365 | 4% | $380 | 4% | $393 | 3% | $405 | 3% | $413 | 2% | $444 | 8% |
| Senior Associate | $246 | $250 | 2% | $335 | 34% | $390 | 16% | $402 | 3% | $410 | 2% | $424 | 3% |
| Associate | $302 | $320 | 6% | $333 | 4% | $347 | 4% | $357 | 3% | $364 | 2% | $402 | 10% |
| Overall | $354 | $375 | 6% | $405 | 8% | $429 | 6% | $442 | 3% | $451 | 2% | $484 | 7% |

4. To generate this chart, over hundreds of pages of data were reviewed to locate information specific to our region of the country and to firms of a similar size and/or legal caliber. To further narrow the data, I sorted it by the category of law firms between the 101st and 200th largest grossing nationally for comparison, and although MHB is a significantly smaller sized firm, I believe the qualifications and skills of MHB lawyers are at least equivalent to those of such mid-sized national firms.

DECLARATION OF JANET DIAZ RE:
MOTION FOR FEES AND COSTS - 2

No. 3:15-05346 / 3:16-cv-05392
10633.1 kg251401·

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

5.    The above information is consistent with my impression and belief that the billing rates charged by MHB lawyers are low relative to the attorneys of similar skill and qualifications involved in federal litigation I have been familiar with elsewhere.

6.    I also know from participating in the management of the firm that MHB's hourly billing rates are also reasonable and necessary to maintain the firm's finances, in light of the considerable costs, risks, and competition involved in a big city litigation practice.

I swear under penalty of perjury under the laws of the United States that the above is true to the best of my knowledge.

DATED at Seattle, Washington, this 1st day of August, 2017.

                                /s/ Janet Diaz

DECLARATION OF JANET DIAZ RE:
MOTION FOR FEES AND COSTS - 3

No. 3:15-05346 / 3:16-cv-05392
10633.1 kg251401

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

**CERTIFICATE OF SERVICE**

I certify that on the 1ST day of August, 2017, I filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Attorneys for All Defendants:

    Richard B Jolley:    rjolley@kbmlawyers.com
    Jeremy Culumber:    jculumber@kbmlawyers.com

Attorneys for Plaintiffs (3:16-cv-05392 BJR):

    John Connelly    jconnelly@connelly-law.com
    Meaghan Driscoll    mdriscoll@connelly-law.com

Attorneys for Plaintiffs (3:15-cv-05346 BJR):

    Tim Ford    timf@mhb.com
    David Whedbee    davidw@mhb.com
    Tiffany Cartwright    tiffanyc@mhb.com

        *s/Terri Flink*
        Terri Flink, Legal Assistant

DECLARATION OF JANET DIAZ RE:
MOTION FOR FEES AND COSTS - 4

No. 3:15-05346 / 3:16-cv-05392
10633.1 kg251401

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961