*Honorable Barbara J. Rothstein*

UNITED STATES DISTRICT COURT
WESTERN DISRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK and ANNALESA THOMAS; and JO-HANNA READ, as Guardian ad Litem of E.T., a minor,<br><br>                    Plaintiffs,<br><br>v.<br><br>JASON CANNON; BRIAN MARKERT; RYAN MICENKO; MICHAEL WILEY; MICHAEL ZARO; CITY OF FIFE; CITY OF LAKEWOOD; and PIERCE COUNTY METRO SWAT TEAM<br><br>                    Defendants. | No. 3:15-cv-05346-BJR<br><br>NOTICE OF ASSOCIATION FOR PURPOSES OF APPEAL |

TO:    Plaintiffs Frederick Thomas, Annalesa Thomas, and Jo-Hanna Read, as Guardian ad Litem of E.T., a minor, and their attorneys Timothy K. Ford, David J. Whedbee, and Tiffany M. Cartwright, MacDonald Hoague & Bayless, and John R. Rizzardi, Cairncross & Hemplemann, P.S.;

TO:    Plaintiffs Frederick Thomas and Annalesa Thomas as Co-Administrators of the Estate Leonard Thomas, and its statutory beneficiaries, and their attorneys John R. Connelly, Jr. and Meaghan M. Driscoll, Connelly Law Offices, PLLC; and

TO:    Clerk of the above entitled court.

NOTICE OF ASSOCIATION - 1

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809

1    YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Howard M.
2  Goodfriend, Catherine W. Smith and Ian C. Cairns, Smith Goodfriend, P.S., are
3  hereby associated as counsel with Brian C. Augenthaler, Richard B. Jolley, and
4  Jeremy W. Culumber, Keating, Bucklin & McCormack, Inc., P.S., as attorneys for the
5  defendants, Jason Cannon, Brian Markert, Michael Wiley, Michael Zaro, Nathan
6  Vance, Ryan Micenko, the City of Fife, and the City of Lakewood, in this cause for
7  purposes of appeal.
8    DATED this 19th day of January, 2018.

| KEATING, BUCKLIN & MCCORMACK, INC., P.S. | SMITH GOODFRIEND, P.S. |
|---|---|
| By: */s/Brian C. Augenthaler*<br>Brian C. Augenthaler, WSBA # 44022 | By: */s/Howard M. Goodfriend*<br>Howard M. Goodfriend, WSBA # 14355 |
| By: */s/Richard B. Jolley*<br>Richard B. Jolley, WSBA # 23473 | By: */s/Catherine W. Smith*<br>Catherine W. Smith, WSBA # 9542 |
| By: */s/Jeremy W. Culumber*<br>Jeremy W. Culumber, WSBA # 35423 | By: */s/Ian C. Cairns*<br>Ian C. Cairns, WSBA # 43210 |
| 800 Fifth Ave, Suite 1210<br>Seattle WA 98104<br>(206) 623-8861<br>baugenthaler@kbmlawyers.com<br>rjolley@kbmlawyers.com<br>jculumber@kbmlawyers.com | 1619 8th Avenue North<br>Seattle, WA 98109<br>(206) 624-0974<br>howard@washingtonappeals.com<br>cate@washingtonappeals.com<br>ian@washingtonappeals.com |

Attorneys for Defendants

NOTICE OF ASSOCIATION - 2

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809

CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2018, I electronically filed the foregoing Notice of Association with the Clerk of the Court for the United States District Court, Western District of Washington using the CM/ECF system, which will send notification of such filing to all counsel of record.

      **DATED** at Seattle, Washington this 19th day of January, 2018.

      *s/ Peyush Soni*