*Honorable Barbara J. Rothstein*

UNITED STATES DISTRICT COURT
WESTERN DISRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| FREDERICK and ANNALESA THOMAS; and JO-HANNA READ, as Guardian ad Litem of E.T., a minor,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>JASON CANNON; BRIAN MARKERT; RYAN MICENKO; MICHAEL WILEY; MICHAEL ZARO; CITY OF FIFE; CITY OF LAKEWOOD; and PIERCE COUNTY METRO SWAT TEAM,<br><br>　　　　　　Defendants. | Nos.  3:15-cv-05346-BJR<br>　　　3:16-cv-05392<br>CONSOLIDATED CASES<br><br><br>NOTICE THAT JUDGMENT AGAINST CITY OF FIFE IS SUPERSEDED WITHOUT BOND |
| FREDERICK and ANNALESA THOMAS, as Co-Administrators of the Estate of Leonard Thomas, and its statutory beneficiaries,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>BRIAN MARKERT; MICHAEL WILEY; NATHAN VANCE; MICHAEL ZARO; SCOTT GREEN; JEFF RACKLEY; CITY OF FIFE; CITY OF LAKEWOOD; PIERCE COUNTY METRO SWAT TEAM; and JOHN DOES 1 through 10, | |

NOTICE THAT JUDGMENT IS SUPERSEDED
WITHOUT BOND - 1

Smith Goodfriend, P.S.
1619 8ᵀᴴ AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809

1     Defendant/appellant the City of Fife hereby supersedes the judgment in favor
2 of plaintiff E.T. and against the City of Fife, as amended, pending appeal, without
3 bond, pursuant to RCW 4.96.050.

4     DATED this 24th day of January, 2018.

SMITH GOODFRIEND, P.S.

By: /s/Howard M. Goodfriend
Howard M. Goodfriend, WSBA # 14355

By: /s/Catherine W. Smith
Catherine W. Smith, WSBA # 9542

By: /s/Ian C. Cairns
Ian C. Cairns, WSBA # 43210

Attorneys for Defendants/Appellants

NOTICE THAT JUDGMENT IS SUPERSEDED
WITHOUT BOND - 2

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809

CERTIFICATE OF SERVICE

      I hereby certify that on January 24, 2018, I electronically filed the foregoing Notice that Judgment Against City of Fife is Superseded without Bond with the Clerk of the Court for the United States District Court, Western District of Washington using the CM/ECF system, which will send notification of such filing to all counsel of record.

      **DATED** at Seattle, Washington this 24th day of January, 2018.

                               *s/ Peyush Soni*