**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

FREDRICK and ANNALESA THOMAS; and JO-HANNA READ, as Guardian ad Litem of E.T., a minor,

Plaintiffs,

v.

JASON CANNON; BRIAN MARKERT; RYAN MICENKO; MICHAEL WILEY; MICHAEL ZARO; CITY OF FIFE; CITY OF LAKEWOOD; and PIERCE COUNTY METRO SWAT TEAM,

Defendants.

_____

FREDRICK THOMAS and ANNALESA THOMAS, as Co-Administrators of the Estate of Leonard Thomas, and its statutory beneficiaries,

Plaintiffs,

v.

BRIAN MARKERT; MICHAEL WILEY; NATHAN VANCE; MICHAEL ZARO; SCOTT GREEN; JEFF RACKLEY; CITY OF FIFE; CITY OF LAKEWOOD; PIERCE COUNTY METRO SWAT TEAM; and JOHN DOES 1 through 10,

Defendants.

Nos. 3:15-05346 BJR
     3:16-cv-05392
CONSOLIDATED CASES

ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR RECONSIDERATION

1

# ORDER

Plaintiffs move the Court to amend its Order Denying Defense Post-Trial Motions (ECF 332) by changing a sentence describing the background facts. Specifically, Plaintiffs object to the sentence, taken from the transcript of Zaro's interview statement to investigators, " . . . Chief Zaro radioed the entire SWAT Team, ordering them 'Do not let that kid back in the house. If we are able to separate the kid from the dad, do not let him go back in the house.'"

Plaintiffs request that this sentence be changed to, ". . . Chief Zaro radioed the entire SWAT Team, ordering them 'Do not let him back in the house with that kid.'"

Defendants do not object to this alteration, but request that any change include Zaro's radio order earlier that evening, "If, uh, the suspect comes out with the child and you can separate the child let dad, go back in." Plaintiffs do not object to this addition. Accordingly, the Court's January 11, 2018 Order is amended to reflect these changes.

**SO ORDERED.**

Dated this 30th day of January, 2018.

Barbara Jacobs Rothstein
U.S. District Court Judge