UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

FREDRICK and ANNALESA THOMAS; and JO-HANNA READ, as Guardian ad Litem of E.T., a minor,

Plaintiffs,

v.

JASON CANNON; BRIAN MARKERT; RYAN MICENKO; MICHAEL WILEY; MICHAEL ZARO; CITY OF FIFE; CITY OF LAKEWOOD; and PIERCE COUNTY METRO SWAT TEAM,

Defendants.

_____

FREDRICK THOMAS and ANNALESA THOMAS, as Co-Administrators of the Estate of Leonard Thomas, and its statutory beneficiaries,

Plaintiffs,

v.

BRIAN MARKERT; MICHAEL WILEY; NATHAN VANCE; MICHAEL ZARO; SCOTT GREEN; JEFF RACKLEY; CITY OF FIFE; CITY OF LAKEWOOD; PIERCE COUNTY METRO SWAT TEAM; and JOHN DOES 1 through 10,

Defendants.

Nos. 3:15-05346 BJR
3:16-cv-05392
CONSOLIDATED CASES

REVISED ORDER AMENDING JUDGMENT

1

This matter having come before this Court upon Plaintiffs' Motion to Amend Judgment, the Court having reviewed the records and files herein, including the jury's verdict (Dkt. 237), the Court's original judgment (Dkt. 241), the plaintiff's motion to amend the judgment, and any response by the defendants, and being fully advised; now therefore it is hereby

ORDERED that

Based on the Jury's responses on the verdict form (Dkt. No. 237), judgment is entered as follows:

(1) in favor of plaintiff E.T. in the amount of $500,000 against defendants Michael Zaro, Michael Wiley, Brian Markert, and the City of Lakewood, jointly and severally;

(2) in favor of plaintiff E.T. in the amount of $2,750,000 against defendants Michael Zaro and the City of Lakewood, jointly and severally;

(3) in favor of plaintiff E.T. in the amount of $125,000 against defendants Michael Zaro, Michael Wiley, and the City of Lakewood, jointly and severally;

(4) in favor of plaintiff E.T. in the amount of $125,000 against defendant the City of Lakewood;

(5) in favor of plaintiff E.T. in the amount of $500,000 against defendants the City of Lakewood and the City of Fife, jointly and severally;

(6) in favor of plaintiff the Estate of Leonard Thomas in the amount of $1,750,000 against defendants Michael Zaro, Michael Wiley, Brian Markert, and the City of Lakewood, jointly and severally;

(7) in favor of plaintiff the Estate of Leonard Thomas in the amount of $125,000 against defendants Michael Zaro, Michael Wiley, and the City of Lakewood, jointly and severally;

(8) in favor of plaintiff the Estate of Leonard Thomas in the amount of $10,000 against defendant Michael Wiley;

(9) in favor of plaintiff Annalesa Thomas in the amount of $750,000 against defendants Michael Zaro and the City of Lakewood, jointly and severally;

(Proposed) ORDER AMENDING JUDGMENT - 2
Nos. 3:15-05346/3:16-cv-05392 BJR

10633_1 kh086004

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

(10) in favor of plaintiff Annalesa Thomas in the amount of $500,000 against defendants Michael Zaro, Michael Wiley, and the City of Lakewood, jointly and severally;

(11) in favor of plaintiff Annalesa Thomas in the amount of $125,000 against defendant the City of Lakewood;

(12) in favor of plaintiff Fred Thomas in the amount of $750,000 against defendants Michael Zaro and the City of Lakewood, jointly and severally;

(13) in favor of plaintiff Fred Thomas in the amount of $125,000 against defendants Michael Zaro, Michael Wiley, and the City of Lakewood, jointly and severally;

(14) in favor of plaintiff Fred Thomas in the amount of $500,000 against the City of Lakewood;

(15) in favor of defendant Nathan Vance; and

(16) in favor of defendant Ryan Micenko.

In addition, the following punitive damages are assessed in favor of all plaintiffs, jointly, against: (1) Defendant Michael Zaro in the amount of $3,000,000; (2) Defendant Michael Wiley in the amount of $1,500,000; and (3) Defendant Brian Markert in the amount of $2,000,000.

DATED this 7th day of February 2018.

effective nunc pro tunc 1/12/2018

*/s/ Barbara J. Rothstein*
Honorable Barbara J. Rothstein
United States District Court Judge

Presented by:

MacDONALD HOAGUE & BAYLESS

By __/s/ Tiffany Cartwright__
    Timothy K. Ford, WSBA #5986
    David J. Whedbee, WSBA #35977
    Tiffany M. Cartwright, WSBA #43564
    Attorneys for Plaintiffs

(Proposed) ORDER AMENDING JUDGMENT - 3

Nos. 3:15-05346/3:16-cv-05392 BJR

10633 1 kh086004

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961