*Honorable Barbara J. Rothstein*

UNITED STATES DISTRICT COURT
WESTERN DISRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| FREDERICK and ANNALESA THOMAS; and JO-HANNA READ, as Guardian ad Litem of E.T., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>JASON CANNON; BRIAN MARKERT; RYAN MICENKO; MICHAEL WILEY; MICHAEL ZARO; CITY OF FIFE; CITY OF LAKEWOOD; and PIERCE COUNTY METRO SWAT TEAM,<br><br>Defendants. | Nos. 3:15-cv-05346-BJR<br>3:16-cv-05392<br>CONSOLIDATED CASES<br><br>AMENDED NOTICE THAT JUDGMENT AGAINST CITY OF LAKEWOOD AND INDIVIDUAL DEFENDANTS IS SUPERSEDED WITHOUT BOND |
| FREDERICK and ANNALESA THOMAS, as Co-Administrators of the Estate of Leonard Thomas, and its statutory beneficiaries,<br>Plaintiffs,<br><br>v.<br><br>BRIAN MARKERT; MICHAEL WILEY; NATHAN VANCE; MICHAEL ZARO; SCOTT GREEN; JEFF RACKLEY; CITY OF FIFE; CITY OF LAKEWOOD; PIERCE COUNTY METRO SWAT TEAM; and JOHN DOES 1 through 10,<br><br>Defendants. | |

1   Defendant/appellant the City of Lakewood, hereby supersedes the judgment
2   in this action, as amended, in favor of plaintiffs against the City of Lakewood, and,
3   having agreed by vote of its City Council on February 5, 2018 to indemnify individual
4   defendants/appellants Michael Zaro, Michael Wiley, and Brian Markert for punitive
5   damages in this action, also supersedes the judgment, as amended, against said
6   individual defendants/appellants, pending appeal, plus any attorney fees and costs
7   that may be assessed against defendants in this action and on appeal, without bond,
8   pursuant to RCW 4.96.041(4) and RCW 4.96.050.

DATED this 8th day of February, 2018.

SMITH GOODFRIEND, P.S.

By: /s/Howard M. Goodfriend
Howard M. Goodfriend, WSBA # 14355

By: /s/Catherine W. Smith
Catherine W. Smith, WSBA # 9542

By: /s/Ian C. Cairns
Ian C. Cairns, WSBA # 43210

Attorneys for Defendants/Appellants

AMENDED NOTICE THAT JUDGMENT AGAINST CITY
OF LAKEWOOD IS SUPERSEDED WITHOUT BOND - 2

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809

CERTIFICATE OF SERVICE

   I hereby certify that on February 8, 2018, I electronically filed the foregoing Amended Notice that Judgment Against City of Lakewood and Individual Defendants is Superseded without Bond with the Clerk of the Court for the United States District Court, Western District of Washington using the CM/ECF system, which will send notification of such filing to all counsel of record.

   **DATED** at Seattle, Washington this 8th day of February, 2018.

           *s/ Peyush Soni*