Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FREDRICK and ANNALESA THOMAS; and JO-HANNA READ, as Guardian ad Litem of E.T., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>JASON CANNON; BRIAN MARKERT; RYAN MICENKO; MICHAEL WILEY; MICHAEL ZARO; CITY OF FIFE; CITY OF LAKEWOOD; and PIERCE COUNTY METRO SWAT TEAM,<br><br>Defendants.<br><br>FREDRICK THOMAS and ANNALESA THOMAS, as Co-Administrators of the Estate of Leonard Thomas, and its statutory beneficiaries,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN MARKERT; MICHAEL WILEY; NATHAN VANCE; MICHAEL ZARO; SCOTT GREEN; JEFF RACKLEY; CITY OF FIFE; CITY OF LAKEWOOD; PIERCE COUNTY METRO SWAT TEAM; and JOHN DOES 1 through 10,<br><br>Defendants. | Nos. 3:15-05346 BJR<br>3:16-cv-05392<br>CONSOLIDATED CASES<br><br>~~(Proposed)~~ ORDER GRANTING STIPULATED MOTION FOR ORDER STAYING JUDGMENT ON CONDITIONS |

(Proposed) ORDER GRANTING STIPULATED MOTION STAYING
JUDGMENT ON CONDITIONS - 1

Nos. 3:15-05346/3:16-cv-05392 BJR
10633.1 lb026004

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

This matter having come before this Court upon the parties' Stipulated Motion for Order Staying Judgment Pending Appeal, and the parties having so stipulated, and the Court being fully advised, now it is hereby ORDERED as follows:

1. The City of Lakewood's Amended Notice That Judgment Against City Of Lakewood and Individual Defendants Is Superseded Without Bond (Dkt. 357), and the action of the Lakewood City Council it references, obligates the City of Lakewood to pay the full amount of the punitive damage judgments entered against defendant Michael Zaro for $3,000,000, defendant Brian Markert for $2,000,000, and defendant Michael Wiley for $1,500,000, plus interest and applicable attorneys fees and costs, in the event any or all of those judgments are affirmed. The City shall maintain sufficient resources to make that payment, which will be due and owing 14 days following receipt by this Court of the mandate of the United States Court of Appeals for the Ninth Circuit affirming any of those punitive damage judgments.

2. The above described obligations and undertakings of the City of Lakewood shall be enforceable by motion and order of this Court. In the event legal action is necessary to enforce these obligations, plaintiffs shall be entitled to an award of reasonable attorney's fees and expenses under 42 U.S.C. Section 1988, for any fees and expenses incurred in enforcing the obligations described above;

3. The Amended Notice (Dkt. 357) and the above described obligations and undertakings by the City of Lakewood provide adequate grounds for waiver of any requirement of a supersedeas bond to stay the punitive damage judgments against the individual defendants imposed by FRCP 62(d) or RAP 8.1(d), as well as the City of Lakewood itself.

4. On the above stated conditions, collection of the judgments against the City of Lakewood and defendants Michael Zaro, Brian Markert, Michael Wiley and Jason Cannon is hereby stayed pending receipt by this Court of the mandate of the Court of Appeals in this action.

DATED this 15th day of February, 2018.

_____
Honorable Barbara J. Rothstein
United States District Court Judge

(Proposed) ORDER GRANTING STIPULATED MOTION STAYING
JUDGMENT ON CONDITIONS - 2

Nos. 3:15-05346/3:16-cv-05392 BJR
10633.1 lb026004

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961