Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FREDRICK and ANNALESA THOMAS; and JO-HANNA READ, as Guardian ad Litem of E.T., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>JASON CANNON; BRIAN MARKERT; RYAN MICENKO; MICHAEL WILEY; MICHAEL ZARO; CITY OF FIFE; CITY OF LAKEWOOD; and PIERCE COUNTY METRO SWAT TEAM,<br><br>Defendants. | Nos. 3:15-05346 BJR<br>3:16-cv-05392<br><br>[~~PROPOSED~~] ORDER REGARDING REDACTION OF TRIAL TRANSCRIPT |
| FREDRICK THOMAS and ANNALESA THOMAS, as Co-Administrators of the Estate of Leonard Thomas, and its statutory beneficiaries,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN MARKERT; MICHAEL WILEY; NATHAN VANCE; MICHAEL ZARO; SCOTT GREEN; JEFF RACKLEY; CITY OF FIFE; CITY OF LAKEWOOD; PIERCE COUNTY METRO SWAT TEAM; and JOHN DOES 1 through 10,<br><br>Defendants. | |

On Plaintiffs' Agreed Motion, IT IS HEREBY ORDERED:

[PROPOSED] ORDER RE
REDACTION OF TRIAL TRANSCRIPT - 1

Nos. 3:15-05346/3:16-cv-05392 BJR
10633.1 ki126001

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1   √   The name of the minor Plaintiff in this case will be replaced at all points of the transcript
2   where it appears, with the initials "E.T."
3   ___   The requirement that the name of the minor Plaintiff in this case be redacted from the
4   official transcript of trial is hereby waived.
5   DATED this 22 day of March, 2018.

*(signature)*
Honorable Barbara J. Rothstein
United States District Court Judge

10  Presented by:

11  MacDONALD HOAGUE & BAYLESS

13  By /s/ Timothy K. Ford
       Timothy K. Ford, WSBA #5986
14     Attorneys for Plaintiffs

15  Agreed:

16  SMITH GOODFRIEND, P.S.

18  By   /s/ Howard M. Goodfriend,
       Howard M. Goodfriend, WSBA #14355
19     Catherine W. Smith, WSBA #9542
       Ian C. Cairns, WSBA #43210
20     Attorneys for Defendants

[PROPOSED] ORDER RE
REDACTION OF TRIAL TRANSCRIPT - 2

Nos. 3:15-05346/3:16-cv-05392 BJR
10633.1 ki126001

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961