**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| FREDRICK and ANNALESA THOMAS; and JO-HANNA READ, as Guardian ad Litem of E.T., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>JASON CANNON; BRIAN MARKERT; RYAN MICENKO; MICHAEL WILEY; MICHAEL ZARO; CITY OF FIFE; CITY OF LAKEWOOD; and PIERCE COUNTY METRO SWAT TEAM,<br><br>Defendants.<br><br>FREDRICK THOMAS and ANNALESA THOMAS, as Co-Administrators of the Estate of Leonard Thomas, and its statutory beneficiaries,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN MARKERT; MICHAEL WILEY; NATHAN VANCE; MICHAEL ZARO; SCOTT GREEN; JEFF RACKLEY; CITY OF FIFE; CITY OF LAKEWOOD; PIERCE COUNTY METRO SWAT TEAM; and JOHN DOES 1 through 10,<br><br>Defendants. | Nos. 3:15-05346 BJR 3:16-cv-05392 CONSOLIDATED CASES<br><br>STIPULATED ORDER AMENDING ORDER GRANTING IN PART THOMAS FAMILY PLAINTIFFS' PETITION FOR ATTORNEY FEES, COSTS, AND EXPENSES |

By agreement of the parties, the Conclusion of the Order Granting in Part Thomas Family Petition for Fees is amended pursuant to FRCP 60(a) to read:

## I. CONCLUSION

Plaintiffs' motion is GRANTED IN PART, as follows:

**Initial Fee Petition (ECF 246)**

| TIMEKEEPER | RATE | HOURS CLAIMED | HOURS AWARDED | TOTAL |
|---|---|---|---|---|
| Tim K. Ford | $600 | 708.9 | 708.7 | $425,220 |
| David Whedbee | $425 | 791.8 | 788.9 | $335,282.50 |
| Tiffany Cartwright | $350 | 752.2 | 750.3 | $262,605 |
| Angela Galloway | $325 | 26.2 | 26.2 | $8,515 |
| Sam Kramer | $275 | 16.5 | 16.5 | $4,537.50 |
| Troy Locati | $220 | 649.9 | 646 | $142,120 |
| Cristy Caldwell | $175 | 962 | 938.1 | $164,167.50 |
| Patrick R. Felde | $175 | 369.3 | 368.8 | $64,540 |
| Joe Schaeffer | $450 | 2.6 | 2.6 | $1,170 |
| Jesse Wing | $500 | 2 | 2 | $1,000 |
| Katie Chamberlain | $425 | 1.4 | 1.4 | $595 |
| Kay Frank | $500 | .7 | .7 | $350 |
| Laura Faulstich | $175 | 1.7 | 1.7 | $297.50 |
| Terri Flink | $85 | .5 | .5 | $42.50 |
| | | | **TOTAL** | **$1,410,443** |

**Supplemental Fee Petition (ECF 337)**

| TIMEKEEPER | RATE | HOURS CLAIMED | HOURS AWARDED | TOTAL |
|---|---|---|---|---|
| Tim K. Ford | $600 | 182.9 | 182.1 | $109,260 |
| David Whedbee | $425 | 113.9 | 113.9 | $48,407.50 |
| Tiffany Cartwright | $350 | 151.6 | 151.6 | $53,060 |
| Angela Galloway | $325 | 15.9 | 15.9 | $5,167.50 |
| Cristy Caldwell | $175 | 21.2 | 21.2 | $3,710 |
| Jesse Wing | $500 | .6 | .6 | $300 |
| | | | **TOTAL** | **$219,905** |

**Final Supplemental Fee Petition (ECF 364)**

| TIMEKEEPER | RATE | HOURS CLAIMED | HOURS AWARDED | TOTAL |
|---|---|---|---|---|
| Tim K. Ford | $600 | 24.4 | 0 | $0 |
| David Whedbee | $425 | .2 | 0 | $0 |
| Tiffany Cartwright | $350 | 6.2 | 0 | $0 |
| | | | **TOTAL** | **$0** |

**Costs (ECF 364)**

| | |
|---|---|
| Pre-judgment costs and expenses (ECF 246) | $66.686.77 |
| Additional costs and expenses (ECF 337) | $13,582.50 |
| Costs and expenses paid by Fife (ECF 358-1) | ($2,585.92) |
| Final request for costs and expenses (ECF 364) | $90.93 |
| **Total:** | **$77,774.28** |

The Thomas family plaintiffs are hereby awarded **$1,630,348** in fees and **$77,774.28** in costs.

**SO ORDERED.**

Dated this 16th day of April, 2018.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge