Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| FREDERICK and ANNALESA THOMAS; and JO-HANNA READ, as Guardian ad Litem of E.T., a minor,<br><br>           Plaintiffs,<br><br>v.<br><br>JASON CANNON; BRIAN MARKERT; RYAN MICENKO; MICHAEL WILEY; MICHAEL ZARO; CITY OF FIFE; CITY OF LAKEWOOD; and PIERCE COUNTY METRO SWAT TEAM,<br><br>           Defendants. | Nos. 3:15-cv-05346-BJR<br>3:16-cv-05392<br>CONSOLIDATED CASES<br><br>FULL SATISFACTION OF JUDGMENTS |
| FREDERICK and ANNALESA THOMAS, as Co-Administrators of the Estate of Leonard Thomas, and its statutory beneficiaries,<br><br>           Plaintiffs,<br><br>v.<br><br>BRIAN MARKERT; MICHAEL WILEY; NATHAN VANCE; MICHAEL ZARO; SCOTT GREEN; JEFF RACKLEY; CITY OF FIFE; CITY OF LAKEWOOD; PIERCE COUNTY METRO SWAT TEAM; and JOHN DOES 1 through 10, | |

FULL SATISFACTION OF JUDGMENTS
USDC WD WA NOS. 3:15-cv-05346-BJR and 3:16-cv-05392--1

Smith Goodfriend, P.S.
1619 8ᵀᴴ Avenue North
Seattle, Washington 98109
(206) 624-0974   Fax (206) 624-0809

Fredrick and Annalesa Thomas, individually, and as co-administrators of the Estate of Leonard H. Thomas, and its statutory beneficiaries, and Jo-Hanna Read, as Guardian ad Litem of E.T., a minor, plaintiffs and judgment creditors in this action, through their undersigned attorneys of record, hereby acknowledge full satisfaction of the judgments entered in this action against Michael Zaro, Michael Wiley, Brian Markert, the City of Lakewood, and the City of Fife, defendants and judgment debtors, in full, together with interest, attorney fees and expenses, through an agreed disposition of up-front cash and future periodic payments. Said judgments were entered in the U.S. District Court for the Western District of Washington under the above-referenced cause number on July 18, 2017 (Dkt. 241), amended on January 12, 2018 (Dkt. 333), and revised on February 7, 2018 (Dkt. 356). The undersigned plaintiffs and judgment creditors also hereby acknowledge satisfaction in full of the district court's orders granting attorney fees, costs and expenses, both entered on March 28, 2018 (Dkts. 374 and 375).

DATED this 29 day of October, 2018.

MACDONALD HOAGUE & BAYLESS

By: _____
Timothy K. Ford

Attorney of Record for Plaintiff and Judgment Creditors Frederick and Annalesa Thomas, and Jo-Hanna Read, as Guardian ad Litem of E.T.

CONNELLY LAW OFFICES, PLLC

By: _____
John R. Connelly, Jr.

Attorney of Record for Plaintiffs Frederick Thomas and Annalesa Thomas as Co-Administrators of the Estate of Leonard Thomas, and its statutory beneficiaries

FULL SATISFACTION OF JUDGMENTS
USDC WD WA NOS. 3:15-cv-05346-BJR and 3:16-cv-05392--2

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809

STATE OF WASHINGTON ) 
                                    ) ss. 
COUNTY OF KING )

      On this __29th__ day of October, 2018, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared Timothy K. Ford, to me known to be, or having shown satisfactory evidence of being, the individual described in and who executed the foregoing instrument, to wit, the Full Satisfaction of Judgments in U.S. District Court for the Western District of Washington Cause Nos. 3:15-cv-05346-BJR and 3:16-cv-05392, and acknowledged to me that he signed and sealed the said instrument as his act and deed for the uses and purposes therein mentioned.

      WITNESS my hand and official seal hereto affixed the day and year in this certificate above written.



                                          _/s/ Linda M. Thiel_
                                          NOTARY PUBLIC in and for the State of
                                          Washington, residing at __Des Moines__
                                          My appointment expires __12/01/2022__
                                          Printed Name: __Linda M. Thiel__

FULL SATISFACTION OF JUDGMENTS
USDC WD WA NOS. 3:15-cv-05346-BJR and 3:16-cv-05392--3

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974    FAX (206) 624-0809

|   |   |
|---|---|
| 1 |   |
| 2 | STATE OF WASHINGTON       ) |
|   |                                                         ) ss. |
| 3 | COUNTY OF KING                 ) |

On this 29th day of October, 2018, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared John R. Connelly, Jr., to me known to be, or having shown satisfactory evidence of being, the individual described in and who executed the foregoing instrument, to wit, the Full Satisfaction of Judgments in U.S. District Court for the Western District of Washington Cause Nos. 3:15-cv-05346-BJR and 3:16-cv-05392, and acknowledged to me that he signed and sealed the said instrument as his act and deed for the uses and purposes therein mentioned.

WITNESS my hand and official seal hereto affixed the day and year in this certificate above written.



NOTARY PUBLIC in and for the State of Washington, residing at Tacoma
My appointment expires 6/25/2019
Printed Name: Vickie Shirer

FULL SATISFACTION OF JUDGMENTS
USDC WD WA NOS. 3:15-cv-05346-BJR and 3:16-cv-05392--4

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809

## CERTIFICATE OF SERVICE

I certify that on the 29th day of October, 2018, I filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Attorneys for All Defendants:

    Howard Goodfriend    howard@washingtonappeals.com
    Catherine W. Smith    cate@washingtonappeals.com
    Ian C. Cairns    ian@washingtonappeals.com

Attorneys for Plaintiffs (3:16-cv-05392 BJR):

    John Connelly    jconnelly@connelly-law.com
    Meaghan Driscoll    mdriscoll@connelly-law.com

Attorneys for Plaintiffs (3:15-cv-05346 BJR):

    Tim Ford    timf@mhb.com
    David Whedbee    davidw@mhb.com
    Tiffany Cartwright    tiffanyc@mhb.com

*/s/ Linda M. Thiel*
Linda M. Thiel, Legal Assistant
lindamt@mhb.com

FULL SATISFACTION OF JUDGMENTS
USDC WD WA NOS. 3:15-cv-05346-BJR and 3:16-cv-05392--5

SMITH GOODFRIEND, P.S.
1619 8TH AVENUE NORTH
SEATTLE, WASHINGTON 98109
(206) 624-0974   FAX (206) 624-0809