FILED

NOV 01 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FREDRICK THOMAS; et al.,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>JASON CANNON; et al.,<br><br>    Defendants-Appellants. | No. 18-35040<br><br>D.C. No. 3:15-cv-05346-BJR<br>Western District of Washington,<br>Tacoma<br><br>ORDER |

Appellants' motion to dismiss this appeal voluntarily (docket #48) is granted. Fed. R. App. P. 42(b). The parties shall bear their own fees and costs on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Chris Goelz
Circuit Mediator

11/1/18/cg/mediation

CG/Mediation